✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**NORTHERN** DISTRICT OF **TEXAS**

USA

V.

JIM BOB BEEN

## EXHIBIT AND WITNESS LIST

Case Number: 2:22-CR-46-Z-BR-(9)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kacsmaryk | Pinkham | Slater Elza |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/6/2022 | M. Daniel | V. Shrewsbury |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/6/2022 | X | X | Exhibit A - Written allocution |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

[New Page]

[Print]  [Save As...]  [Export as FDF]  [Retrieve FDF File]  [Reset]